# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 19, 2024

## NO. 03-23-00726-CV

**Texas Alcoholic Beverage Commission, Appellant**

**v.**

**Mario Villarreal, Appellee**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### REVERSED AND RENDERED -- OPINION BY JUSTICE KELLY

This is an appeal from the interlocutory order signed by the trial court on October 5, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order denying the plea to the jurisdiction and renders judgment granting the plea and dismissing appellee's suit for want of jurisdiction. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.